IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-02081-WYD-KLM

ALLEN AMONTE;
BETTY AMONTE; and
FRANK AMONTE,

    Plaintiffs,

v.

MICHAEL ROMERO;
LARRY BEHRENDS;
UNITED SECURITIES ALLIANCE, INC.; and
CAPWEST SECURITIES, INC.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Michael Romero's Motion to Stay and to Compel Arbitration and Memorandum in Support (ECF No. 7) is **STRICKEN** with leave to refile for failure to comply with D.C.COLO.LCivR 7.1.A.

    Dated: September 13, 2011.